# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2021

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162315(48)

ROCHESTER ENDOSCOPY AND SURGERY
CENTER, LLC, and JARO COMPANY, LLC,
      Plaintiffs-Appellants,

v

DESROSIERS ARCHITECTS, PC,
      Defendant-Appellee.

_____/

SC: 162315
COA: 349952
Oakland CC: 2018-168674-CB

     On order of the Chief Justice, motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before January 21, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2021



Clerk